# In the United States Court of Federal Claims

EARL L Riley III

_____ Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

Acco Engineered Systems

Case No. 1: 21 CV 01785 NONE-HBK

Judge _____

FILED
DEC 17 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Acco Engineered System has violated federal law and the case is based on a violation of federal law. 28 U.S.C. 1331. This is called a "federal question" case.

Employment discrimination. I believe that an employer(Acco Engineered Systems) has made an adverse employment action Earl L Riley III because of unlawful discrimination. This is a "federal question" case because there are federal laws that prohibit employment discrimination based on race, sex, religion, color, or national origin [42 U.S.C. 2000(e)]

Earl L Riley III have exhausted all administrative remedies with the Equal Employment Opportunity Commission(EEOC).

Earl L Riley III actions are timely. A claim under Title VII is being brought within ninety (90) days of receipt of a "Right to Sue Letter" issued by the EEOC.

See attached paper for Exhibit listings.

2. **PARTIES**

Plaintiff, Earl L Riley III              , resides at PO Box 63
                                                    (Street Address)

S. Dos Palos, California 93665         , 209-704-4374
     (City, State, ZIP Code)                (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?        ☐ Yes  ✔ No

If yes, please list cases: _____

_____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

1. On or about July 2021, Earl L Riley III was hired as a Sheet Metal Journeyman by Acco Engineered Systems. The supervisor(site foreman) was Joey Hernandez. Since on or about July 2021, Earl L Riley III have been subjected to working alone on jobs that require two or more people, while the other Sheet Metal workers are partnered up. On September 29, 2021 Earl L Riley III noticed a picture on the office wall that he found highly inappropriate and very offensive. It was a monkey wearing construction gear and it was labelled "Sheet Metal Worker". As an African American Sheetmetal worker Earl L Riley III found the photo to be insensitive, offensive and highly inappropriate. Earl L Riley III immediately reported the incident to Mr. Hernandez (supervisor) and his Union(Local 104). Due to the treatment, Earl L Riley III resigned and left the jobsite. Due to the treatment Earl L Riley III received, he have developed a medical condition(anxiety), and have been receiving treatment and medication from a physician.

2. No reasons were given to me for the treatment.

3. Earl L Riley III believe he have been subjected to different terms and conditions of employment, harassment, and constructive discharge due to his race(African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

4. Earl L Riley III believe he have been discriminated against becasuse of race(African American), color, and ethnicity.

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Require the employer to stop any discriminatory practies and take steps to prevent discrimination in the future. Allow the plantiff to recover attorney's fees, expert witness fees, and court cost. The plantiff will also like for the court to order compensatory and punitive damages for out-of-pocket expenses caused by the discrimination. Such as, but not limited to job loss, job search, medical expenses, emotional harm suffered, mental anguish, inconvenience, and loss of enjoyment of life.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __December__, __2021__.
          (day)          (month)         (year)

                                              Signature of Plaintiff(s)

Exhibit 1-Out of Work List Registration Form

Exhibit 2-Notice from handbook prohibiting Harassment and discrimination

Exhibit 3-Notice of Termination

Exhibit 4-Partnership agreement to provide workplace free of unlawful discrimination

Exhibit 5-Employee history record(employment application)

Exhibit 6-Employee handbook acknowledgement

Exhibit 7-Pay Stub delivery authorization

Exhibit 8-Harassment Prevention Policy

Exhibit 9A-Offensive and inappropriate picture in question

Exhibit 9B-Offensive and inappropriate picture in question

Exhibit 10-Check in board provided by Swinerton at the jobsite

Exhibit 11-Right to Sue Letter

Exhibit 12-Charge of discrimination Letter(EEOC)

Exhibit 1



# International Association of Sheet Metal, Air, Rail and Transportation Workers
## Sheet Metal Workers' Local 104

## Out of Work List Registration Form

Date: 10/4/21

Time: 4:15 a.m./**p.m.** (Circle one)

Name: **EARL** (First) **L.** (Middle Initial) **RILEY** (Last)

IA#/SSN/Driver License #: **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** (Only one number required)

Telephone #: Home: _____  Cell: **209-704-4374**

Address: **2374 LINDEN ST** (Only required if different from file)

City: **Dos Palos**  State: **CA.**  Zip Code: **93620**

Last Employer: **Acco Engineered Systems**  Last Day Worked: **9/29/21**

Do you have a copy of your termination slip with you?  ☒ Yes  ☐ No
If yes, do you agree that the termination slip is accurate?  ☐ Yes  ☒ No – If not, please discuss with a Business Representative

Classification: **A-List Journeyman**

**Out of Work List to Sign:**
- ☐ Castroville
- ☐ Chico
- ☐ Eureka
- ☐ Fairfield
- ☒ Fresno
- ☐ Modesto
- ☐ Redding
- ☐ Sacramento
- ☐ San Francisco
- ☐ San Jose
- ☐ San Leandro
- ☐ San Mateo
- ☐ Santa Barbara
- ☐ Santa Rosa
- ☐ Stockton

Are your job skills and certifications on file up to date?
☒ YES  ☐ No - If not, the Member Skills and Certifications checklist must be completed

By signing below, I certify all information is true and correct to the best of my knowledge.

Signature: _[signed]_  Date Signed: **10/4/21**

Office use only - Processed by: _____  Date: _____

2/5/18
bam: cr opeiu #29

# CALIFORNIA LAW PROHIBITS WORKPLACE DISCRIMINATION AND HARASSMENT



THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING (DFEH) ENFORCES LAWS THAT PROTECT YOU FROM ILLEGAL DISCRIMINATION AND HARASSMENT IN EMPLOYMENT BASED ON YOUR ACTUAL OR PERCEIVED:

- ANCESTRY
- AGE (40 and above)
- COLOR
- DISABILITY (physical and mental, including HIV and AIDS)
- GENETIC INFORMATION
- GENDER IDENTITY, GENDER EXPRESSION
- MARITAL STATUS
- MEDICAL CONDITION (genetic characteristics, cancer or a record or history of cancer)
- MILITARY OR VETERAN STATUS
- NATIONAL ORIGIN (includes language use and possession of a driver's license issued to persons unable to prove their presence in the United States is authorized under federal law)
- RACE
- RELIGION (includes religious dress and grooming practices)
- SEX/GENDER (includes pregnancy, childbirth, breastfeeding and/or related medical conditions)
- SEXUAL ORIENTATION

THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT (GOVERNMENT CODE SECTIONS 12900 THROUGH 12996) AND ITS IMPLEMENTING REGULATIONS (CALIFORNIA CODE OF REGULATIONS, TITLE 2, SECTIONS 11000 THROUGH 11141):

① Prohibit harassment of employees, applicants, unpaid interns, volunteers, and independent contractors by any persons and require employers to take all reasonable steps to prevent harassment. This includes a prohibition against sexual harassment, gender harassment, harassment based on pregnancy, childbirth, breastfeeding and/or related medical conditions, as well as harassment based on all other characteristics listed above.

② Require that all employers provide information to each of their employees on the nature, illegality, and legal remedies that apply to sexual harassment. Employers may either develop their own publications, which must meet standards set forth in California Government Code section 12950, or use a brochure from DFEH.

③ Require employers with 50 or more employees and all public entities to provide sexual harassment and abusive conduct prevention training for all supervisors.

④ Prohibit employers from limiting or prohibiting the use of any language in any workplace unless justified by business necessity. The employer must notify employees of the language restriction and consequences for violation. Also prohibits employers from discriminating against an applicant or employee because they possess a driver's license issued to a person who is unable to prove that their presence in the United States is authorized under federal law.

⑤ Require employers to reasonably accommodate an employee, unpaid intern, or job applicant's religious beliefs and practices, including the wearing or carrying of religious clothing, jewelry or artifacts, and hair styles, facial hair, or body hair, which are part of an individual's observance of their religious beliefs.

⑥ Require employers to reasonably accommodate employees or job applicants with disabilities to enable them to perform the essential functions of a job.



# NOTICE OF TERMINATION
SMART, SMW Local 104 Employees (Required by Contract)

Name: **Earl Riley**

Address: _____  City: _____

Soc. Sec. No.: _____  Termination Date: **9-29-21**

Employee Classification: **Journeyman**

| Lay Off | Discharge | Voluntary Quit |
|---|---|---|
| ☐ Reduction of Forces | ☐ Not Qualified | ☐ To Take Another Job |
|  | ☐ Absenteeism (Give Date) | ☒ To Seek Another Job |
|  | ☐ Loafing | ☐ Leaving Area |
| Last Date of Employment | ☐ Insubordination (Explain) | ☐ Personal |
| 9-29-21 | ☐ Misconduct (Explain) | ☐ Other (Explain) |

Employer: **Acco Engineered Systems**

Explanation: **Earl quit without notice.**

Co. Rep: **Adam Hooper**     Date: **9-30-21**

WHITE: Employer Copy – CANARY: Employer Copy – PINK: Union Copy

 

# PARTNERSHIP AGREEMENT TO PROVIDE WORKPLACE FREE OF UNLAWFUL DISCRIMINATION AND HARASSMENT

### Employer's Commitment

ACCO Engineered Systems is committed to providing a workplace that is free of unlawful discrimination and harassment. This commitment is consistent with its legal obligations and desire to provide employees a discrimination-free and harassment-free work environment. This will allow employees to work in a positive atmosphere that maximizes their productivity and efficiency and allows employees the opportunity to reach their highest potential. In order to achieve its goal in this area, we require the full cooperation and assistance of all employees. Our objectives can be accomplished only if we work in partnership with all employees towards this important goal.

### Employee's Commitment

As an employee, I acknowledge that I have read my employer's strict policy against unlawful harassment and discrimination. I promise that I will fully comply with all aspects of that policy. I agree that I will not engage in any conduct that would constitute unlawful harassment of another individual. I also agree to comply with my obligations under the policy to report any sexual harassment or other form of unlawful harassment immediately to the Director of Human Resources. I understand that my employer will be unable to promptly investigate and remedy problems that may arise if I fail to cooperate fully and fulfill these essential commitments.

_____
Employee's Signature

EARL RILEY
Printed Name

_____
Employee's Clock Number

7/26/21
Date

# EMPLOYEE HISTORY RECORD

**acco engineered systems**

Please complete the information requested below

**Demographic Information:**

☒ New Hire ☐ Current Employee

| Name (Full First, Middle, Last) | Preferred Name: | Employee No. |
|---|---|---|
| EARL L. RILEY | EARL | |

**Home Address (Primary):** Street Address, Apt (if applicable), City, State, Zip Code

3953 Finchwood Ave, Clovis, CA. 93619

**Mailing Address (If Different):** Street Address, Apt (if applicable), City, State, Zip Code

P.O. Box 63 S. Dos Palos, CA. 93665

| Date of Birth (MM/DD/YYYY) | Date of Hire (MM/DD/YYYY) | Personal Email Address: | Personal Phone No. |
|---|---|---|---|
| 03/23/1977 | 07/26/2021 | earl.riley36y9h00 | 209-704-4374 |

| Department No. | Manager: | Location: | Union No. (If Applicable) |
|---|---|---|---|
| | | | |

**Emergency Contact Information** (Provide full name, relation, and daytime phone number)

Perscell Hall. Brother   408-476-5672

**Personal Information:**

**Gender:** ☒ Male ☐ Female ☐ Non Binary

**Race or Ethnicity:** Black

**Veteran Self Identification Status:**

☐ Disabled Veteran
☐ Active Duty Wartime or Campaign Badge Veterans
☐ Armed Forces Service Medal Veteran
☐ Recent Separated Veteran (1–3 yrs.)
  Discharge Date _____
☒ Not applicable

☐ **Hispanic or Latino:** A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.

**If Two or More Races, please check all that, apply:**
(not Hispanic or Latino)

☐ **White** (not Hispanic or Latino) A person having origins in any of the original peoples of Europe, Middle East or North Africa

☒ **Black or African American** (not Hispanic or Latino) A person having origins in any of the Black racial groups of Africa

☐ **Asian** (not Hispanic or Latino) A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent (e.g. China, India, Japan, Korea, Pakistan, Philippine Islands, Thailand, Vietnam)

☐ **American Indian or Alaska Native** (not Hispanic or Latino) A person having origins in any of the original peoples of North, Central, and South America and who maintains tribal affiliation or community attachment.

☐ **Native Hawaiian or other Pacific Islander** (not Hispanic or Latino) A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

**Voluntary Self-Identification of Disability:**

☐ Yes, I have a disability, or Have a History/Record of having a disability

☒ No, I do not have a disability, or Have a History/Record of having a disability

☐ I Do Not wish to answer

| Signature: | Date: |
|---|---|
| *[signed]* | 7/26/2021 |

ACCO Engineered Systems | 888 E. Walnut Street, Pasadena, CA 91101 | 818-244-6571 | payroll@accoes.com
V.2020

# ACCO EMPLOYEE HANDBOOK ACKNOWLEDGEMENT



This is to acknowledge that I have received a copy of the ACCO Employee Handbook and understand that it contains important information on the Company's general personnel policies and on my privileges and obligations as an employee of ACCO (or an employee of one of ACCO's subsidiaries, divisions, or groups). I acknowledge that I am expected to read, understand, and adhere to Company policies and will familiarize myself with the material in the Handbook. I understand that I am governed by the contents of the Handbook and that the Company may change, rescind or add to any policies, benefits or practices described in the handbook, in its sole and absolute discretion with or without prior notice. The Company will advise employees of material changes within a reasonable time.

_____  7/26/21
EMPLOYEE'S SIGNATURE / DATE

EARL RILEY
EMPLOYEE'S NAME (Printed or Typed)

_____
EMPLOYEE'S CLOCK NUMBER



**engineered systems**

818 / 244-6571 Voice
800 / 998-2226 24-Hr Service
888 East Walnut Street
Pasadena, CA 91101

# PAY STUB DELIVERY AUTHORIZATION
### For HR & Payroll Use Only

If you sign up for Direct Deposit, ACCO will send your weekly pay stubs via e-mail. This delivery method results in a quicker way for you to receive your pay stubs and reduces our use of paper, envelopes and postage.

**Please select one of the following options:**

☐ Send my electronic pay stub to my current work e-mail address.*

☒ Send my electronic pay stub to this personal e-mail address*:
earl.riley31@yahoo.com

*By selecting an electronic option, I understand and accept the risks of my weekly pay data and personal information being transmitted electronically through e-mail.

☐ I do not wish to receive electronic pay stubs. By selecting this box, I choose to receive my pay stub via U.S. Postal Service to the current mailing address Payroll has on file. Please note this may take the U.S. Postal service up to 5 business days.

By signing below, I agree to have ACCO send me my pay stub information provided in the method I selected above. I understand that if I selected an electronic pay stub, I will not receive a separate paper stub. No pay stub of any type will show your full Social Security Number. (Requests for official pay stubs with full data can be sent to payroll@accoes.com.)

EARL RILEY                              *[signature]*
Print Employee Name                     Employee Signature

_____                         7/26/21
6-digit Person Number                   Date

Send completed form to the Payroll Department
Mail to: 888 East Walnut Street, Pasadena, CA 91101
Fax to: 818-244-6526 | Phone: 818-244-6571
Email: payroll@accoes.com

*Established 1934*
*License # 120696*

 

## HARASSMENT PREVENTION POLICY

ACCO is committed to providing a work environment that is free of discrimination. In keeping with this commitment, ACCO maintains a strict policy prohibiting all forms of unlawful harassment, including sexual harassment and harassment based on race, color, religion, national origin, age, sexual orientation, gender identity, physical or mental disability, genetic information, or any other characteristic protected by state or federal law. This policy applies to all agents and employees of ACCO, including supervisors and non-supervisory employees and prohibits harassment of employees in the workplace by any person, including non-employees. (It also extends to harassment of or by vendors, independent contractors, and others doing business with ACCO.) Furthermore, it prohibits unlawful harassment in any form, including verbal, physical and visual harassment. It also prohibits retaliation of any kind against individuals who file complaints in good faith or who assist in a company investigation.

Sexual harassment includes, but is not limited to, making unwanted sexual advances and requests for sexual favors where either (1) submission to such conduct is made an explicit or implicit term or condition of employment; (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individuals; or (3) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment. Individuals who violate this policy are subject to discipline, up to and including the possibility of immediate termination.

Unlawful harassment may take many forms, including (but not limited to):

- Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments;

- Visual conduct such as derogatory posters, cartoons, drawings or gestures;

- Physical conduct such as assault, blocking normal movement, or interference with work directed at an employee because of the employee's sex or other protected characteristic.

- Threats and demands to submit to sexual requests in order to keep one's job, or avoid some other loss, and offers of job benefits in return for sexual favors.

- Use of computers, phones, Smart Phones or other technical devices, including the Internet and the e-mail system, to transmit, communicate or receive sexually-suggestive, pornographic or sexually explicit pictures, messages or material.

- Retaliation for having reported or threatened to report harassment.

Any employee or other person who believes they have been harassed by a co-worker, supervisor, or agent of the company should promptly report the facts of the incident or incidents and the names of the individuals involved to their supervisor or, in the alternative, to the Human Resources Department. Employees/other persons who share the facts of such an incident or incidents may request that those facts be kept confidential. It is the responsibility of each employee to report immediately any violation or suspected violation of this policy to one or more of the individuals identified above. The information will be kept as confidential as practical by those who have a need to know to properly investigate and recommend appropriate actions.

Supervisors should immediately report any incidents of harassment to the Human Resources Department. All such claims will be investigated and appropriate corrective action taken, including disciplinary action, when it is warranted. Employees should feel free to report valid claims without fear of retaliation of any kind. Employees will not be subject to retaliation for registering any complaint of unlawful harassment in good faith, or for cooperating in an investigation. Please see the Open Door Policy for more information on how to address important employee relations matters.

Please note that nothing in this policy shall prohibit an employee from seeking outside advice of counsel regarding this subject. Nor shall retaliation be tolerated if an employee seeks outside advice. If any employee has any questions concerning this policy, please feel free to contact the Director of Human Resources.



Exhibit 9B



Exhibit 10

Mail body:



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency     GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**     KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

EEOC Number: 485-2021-00484
Case Name: Earl Riley v. ACCO ENGINEERED SYSTEMS

Filing Date: November 5, 2021

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your Right to Sue notice. **This Right to Sue Notice allows you to file a private lawsuit in State court.** According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

DFEH-200-02 (01/2019)

Sent from Yahoo Mail on Android

Exhibit 12

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 485-2021-00484 |

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT & HOUSING** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. EARL RILEY | (209) 704-4374 | |

| Street Address | City, State and ZIP Code |
|---|---|
| PO BOX 63, | SOUTH DOS PALOS, CA 93665 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ACCO ENGINEERED SYSTEMS | Unknown | (818) 244-6571 |

| Street Address | City, State and ZIP Code |
|---|---|
| 888 E WALNUT STREET, | PASADENA, CA 91101 |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 09-29-2021  Latest: 09-29-2021<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.   On or about July 2021 I was hired as a Sheet Metal Journeyman. My supervisor was Joey Hernandez. Since on or about July 2021 I have been subjected to working alone on jobs that require two people. I understand the other Sheet Metal workers are partnered up. On or about September 29, 2021 I noticed a picture on the office wall that I found very offensive. It was a monkey wearing construction gear and it was labelled Sheet Metal Worker. I immediately reported the incident to Mr. Hernandez and the Union. Due to the treatment I resigned. Due to the treatment I have developed a medical condition.
II.  No reasons were given to me for the treatment.
III. I believe I have been subjected to different terms and conditions of employment, harassment, and constructive discharge due to my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.