UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. RILEY, III,<br><br>  Plaintiff,<br><br>  v.<br><br>ACCO ENGINEERED SYSTEMS,<br><br>  Defendants. | Case No. 1:21-cv-01785-JLT-HBK<br><br>ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |

Plaintiff, who proceeds pro se, was granted leave to proceed *in forma pauperis*. (Doc. No. 4).

Accordingly, it is ORDERED:

The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

Dated:  January 27, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE