UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. RILEY, III, | Case No. 1:21-cv-01785-JLT-HBK |
| Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| ACCO ENGINEERED SYSTEMS, | |
| Defendant. | |

Plaintiff Earl L. Riley is proceeding pro se and *in forma pauperis* on his initial complaint (Doc. 1, Complaint). On January 19, 2023, an order issued finding service of the Complaint appropriate and directing Plaintiff to complete service documents. (Doc. No. 9). On January 24, 2023, Plaintiff returned completed service forms. (Doc. No. 10).

Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is **ORDERED**:

1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the United States (U.S.) Marshals Service:

   a) One completed and issued summons;

   b) One completed USM-285 form;

   c) One copy of the Complaint (Doc. No. 1), plus an extra copy for the U.S. Marshals Service;

   d) One copy of this Order, plus an extra copy for the U.S. Marshals Service.

2. Within ten (10) days from the date of this Order, the U.S. Marshals Service is directed to notify the following defendant(s) of the commencement of this action and request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

   **Acco Engineered Systems**

3. Defendant (s) shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if it chooses to do so.  If a defendant chooses to return the Waiver of Service of Summons, it should use the addressed, stamped envelope provided.

4. The U.S. Marshals Service shall file returned waivers of service, and/or requests for waivers of service that are returned as undelivered, upon receipt.

5. If a defendant does not return a waiver of service within thirty (30) days of the date of mailing the request for waiver, the U.S. Marshals Service shall:

   a) Personally serve process and a copy of this Order upon defendant(s) pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).  A defendant shall thereafter have twenty-one (21) days form the date of personal service of process in which to answer or otherwise respond to the complaint

   b) Within ten (10) days after personal service on a defendant, the U.S. Marshals Service shall file the return of service for that defendant, along with evidence of any attempts to secure a waiver of service of process and other costs incurred in effectuating service on said defendant.  Said costs shall be enumerated on the USM−285 form and include the costs incurred by the U.S. Marshals Service for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).[1]

---

[1] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1).  Further, if a defendant fails to waive service, without good cause, the Court "must

6. **If a defendant(s) waive service, they are required to return the signed waiver to the U.S. Marshals Service.  The filing of an answer or a responsive motion does not relieve a defendant of this requirement, and the failure to return the signed waiver may subject defendant(s) to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

Dated:   January 30, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

impose" the expenses incurred in effectuating service.  *Id*. at 4(d)(2).

3