UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. RILEY, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCO ENGINEERED SYSTEMS,<br><br>　　　　Defendant. | Case No.  1:21-cv-01785-JLT-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No.  27)<br><br>**RESET TO: JULY 20, 2023 at 11:30 a.m.** |

Pending before the Court is pro se Plaintiff's motion to continue the mandatory initial scheduling conference filed on June 9, 2023.  (Doc. No. 27, "Motion").  Plaintiff requests a continuance of the telephonic mandatory initial scheduling conference, which is currently set for 10:45 a.m. on July 6, 2023, due to a "previously scheduled court hearing."  (*Id*.).  Defendant filed no opposition to the Motion and the time to do so has expired.  *See* Local Rule 230(c).  The Court deems the Motion unopposed.  The Court finds good cause to grant Plaintiff's Motion.  Fed. R. Civ. P. 6(b)(1)(A).

////

////

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion (Doc. No. 27) is GRANTED.

2. The mandatory initial scheduling conference scheduled for Thursday, July 6, 2023 at

10:45 a.m. is CONTINUED to **Thursday, July 20, 2023 at 11:30 a.m.**

(Teleconference Line: 888-204-5984; Access Code 4446176).

Dated:  June 28, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE